UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| LOGICAL IMAGES,<br><br>    Plaintiff,<br><br>v.<br><br>ANDRE ESTEVA, et al.,<br><br>    Defendants. | Case No. 17-cv-03800-EJD (VKD)<br><br>**ORDER OF RECUSAL** |

TO ALL PARTIES AND COUNSEL OF RECORD:

I, the undersigned judge of the court, finding myself disqualified in the above-entitled action, hereby recuse myself from this case and request that the case be reassigned to another discovery referral magistrate judge pursuant to the Assignment Plan.

**IT IS SO ORDERED.**

Dated: June 11, 2018

_____
VIRGINIA K. DEMARCHI
United States Magistrate Judge