| | |
|---|---|
| REES F. MORGAN (State Bar No. 229899) | SARAH G. FLANAGAN (SBN 70845) |
| THOMAS A. HARVEY (State Bar No. 235342) | SYDNEY A. WARD (SBN 312615) |
| COBLENTZ PATCH DUFFY & BASS LLP | PILLSBURY WINTHROP SHAW PITTMAN LLP |
| One Montgomery Street, Suite 3000 | Four Embarcadero Center |
| San Francisco, California 94104-5500 | 22nd Floor |
| Telephone: 415.391.4800 | San Francisco, CA 95111-5998 |
| Facsimile: 415.989.1663 | Telephone: (415) 983-1000 |
| Email: ef-rfm@cpdb.com | Facsimile: (415) 983-1200 |
| ef-tah@cpdb.com | Email: sarah.flanagan@pillsburylaw.com |
| | sydney.ward@pillsburylaw.com |
| Michael J. Berchou (NY #2599926) | |
| (admitted *pro hac vice*) | Attorneys for Defendants |
| HARTER SECREST & EMERY LLP | ANDRE ESTEVA and BRETT KUPREL |
| 50 Fountain Plaza, Suite 1000 | |
| Buffalo, NY 14202 | PATRICK E. PREMO (CSB NO. 184915) |
| Telephone: 716.844.3753 | FENWICK & WEST LLP |
| Facsimile: 716.853.1617 | Silicon Valley Center |
| Email: mberchou@hselaw.com | 801 California Street |
| | Mountain View, CA 94041 |
| Attorneys for Plaintiff | Telephone: (650) 988-8500 |
| LOGICAL IMAGES, INC., dba VISUALDX | Facsimile: (650) 938-5200 |
| | Email: ppremo@fenwick.com |
| | |
| | Attorneys for Defendant |
| | SENTRYAI, INC. |

**UNITED STATES DISTRICT COURT**

**NORTHERN DISTRICT OF CALIFORNIA**

| | |
|---|---|
| LOGICAL IMAGES, INC., dba VISUALDX, | Case No. 5:17-cv-03800-EJD (SVK) |
| Plaintiff, | **STIPULATED REQUEST TO CONTINUE TRIAL SETTING CONFERENCE AND STATEMENT AND [PROPOSED] ORDER** |
| v. | |
| ANDRE ESTEVA, SENTRYAI, INC. and BRETT KUPREL, | |
| Defendants. | |

Pursuant to Civil Local Rule 6-1(b) and Rule 6-2, Plaintiff Logical Images, Inc. d/b/a VisualDx ("VisualDx") and Defendants Andre Esteva ("Esteva"), Brett Kuprel ("Kuprel"), and SentryAI, Inc. ("SentryAI") (collectively "Defendants") request that the Trial Setting Conference

1  Case No. 5:17-cv-03800-EJD-SVK
**STIPULATED REQUEST TO CONTINUE TRIAL SETTING CONFERENCE AND [PROPOSED] ORDER**
4836-2206-4501.v1

currently scheduled for October 11, 2018 at 11:00 a.m. be continued by at least twenty-eight days, to a date on or after November 8, 2018, that is convenient for the Court, and that the deadline for the submission of the Joint Trial Setting Conference Statement likewise be re-set in accordance with Judge Davila's Standing Order for Civil Cases, because the parties are currently in productive settlement discussions.

WHEREAS, the parties have not previously requested that the Court continue the Trial Setting Conference;

WHEREAS, the parties made three requests to re-schedule the Case Management Conference [Docket Nos. 13, 23, 30], and the Court granted those requests [Docket Nos. 14, 24];

WHEREAS, the Court entered a Case Management Order [Docket No. 38], and an Amended Case Management Order [Docket No. 48], which set a Trial Setting Conference for October 11, 2018 at 11:00 a.m. and a Joint Trial Setting Conference Statement filing deadline of October 1, 2018.

WHEREAS, the parties are engaged in settlement negotiations and have made significant progress toward resolution;

WHEREAS, the parties request approximately thirty days to focus on settlement, and hope before the expiration of this period to report that they have reached a resolution;

WHEREAS, the parties do not anticipate that this continuance will impact other deadlines in the Court's Amended Case Management Order [Docket No. 48], with the possible exception of some discovery deadlines; and

WHEREAS, a brief continuance of the Trial Setting Conference and associated Joint Trial Conference Statement deadline in the action will serve judicial economy and allow the parties to focus on settlement.

NOW THEREFORE, IT IS HEREBY STIPULATED by and between counsel for the undersigned parties as follows:

1. The Trial Setting Conference in this Action will be continued from October 11, 2018 until November 8, 2018 at 11:00 a.m., or a date thereafter available on the Court's calendar.

COBLENTZ PATCH DUFFY & BASS LLP
One Montgomery Street, Suite 3000, San Francisco, California 94104-5500
415.391.4800 • Fax 415.989.1663

2. The parties will file a Joint Trial Setting Conference Statement 10 days prior to the Trial Setting Conference pursuant to Judge Davila's Standing Order for Civil Cases.

Dated: September 27, 2018     HARTER SECREST & EMERY LLP

By: */s/ Michael J. Berchou*
Michael J. Berchou
Attorneys for Plaintiff
LOGICAL IMAGES, INC., dba VISUALDX

Dated: September 27, 2018     PILLSBURY WINTHROP SHAW PITTMAN LLP

By: */s/ Sydney A. Ward*
Sydney A. Ward
Attorneys for Defendant
ANDRE ESTEVA and BRETT KUPREL

Dated: September 27, 2018     FENWICK & WEST LLP

By: */s/ Patrick E. Premo*
Patrick E. Premo
Attorneys for Defendant
SENTRYAI, INC.

**PURSUANT TO STIPULATION, IT IS ORDERED THAT THE TRIAL SETTING CONFERENCE IS RESCHEDULED TO** November 8, 2018 , **AND THE JOINT TRIAL SETTING CONFERENCE STATEMENT IS DUE 10 DAYS PRIOR TO THE CONFERENCE.** The Trial Setting Conference is scheduled for 11:00 a.m.

Dated: September 28, 2018

The Honorable Edward J. Davila
United States District Judge

3     Case No. 5:17-cv-03800-EJD-SVK
**STIPULATED REQUEST TO CONTINUE TRIAL SETTING CONFERENCE AND [PROPOSED] ORDER**
4836-2206-4501.v1