REES F. MORGAN (State Bar No. 229899)
THOMAS A. HARVEY (State Bar No. 235342)
COBLENTZ PATCH DUFFY & BASS LLP
One Montgomery Street, Suite 3000
San Francisco, California 94104-5500
Telephone: 415.391.4800
Facsimile: 415.989.1663
Email:   ef-rfm@cpdb.com
         ef-tah@cpdb.com

Michael J. Berchou (NY #2599926)
(*pro hac vice* forthcoming)
HARTER SECREST & EMERY LLP
50 Fountain Plaza, Suite 1000
Buffalo, NY 14202
Telephone: 716.844.3753
Facsimile: 716.853.1617
Email:   mberchou@hselaw.com

Attorneys for Plaintiff
LOGICAL IMAGES, INC., dba VISUALDX

**UNITED STATES DISTRICT COURT**

**NORTHERN DISTRICT OF CALIFORNIA**

| | |
|---|---|
| LOGICAL IMAGES, INC., dba VISUALDX,<br><br>　　　　Plaintiff,<br><br>　　v.<br><br>ANDRE ESTEVA and SENTRYAI, INC.,<br><br>　　　　Defendants. | Case No. 5:17-cv-03800-EJD<br><br>**STIPULATION TO DISMISS ENTIRE ACTION WITH PREJUDICE** |

Pursuant to Federal Rule of Civil Procedure 41(a)(1)(A)(ii), IT IS HEREBY STIPULATED and AGREED by and between Plaintiff Logical Images, Inc. and Defendants Andre Esteva, Brett Kuprel, and SentryAI, Inc. that this entire action, including all claims and requests for relief, shall be and hereby is DISMISSED in its entirety with prejudice.

Each party shall bear its or his own costs and attorneys' fees.

///

1  I Thomas Harvey, am the ECF user whose ID and password are being used to file this
2  STIPULATION TO VOLUNTARILY DISMISS ACTION.  In compliance with Civil Local
3  Rule 5-1(i)(3), I hereby attest that the counsel and party whose e-signatures appear below have
4  concurred with this filing.

Dated:  December 18, 2018       COBLENTZ PATCH DUFFY & BASS LLP

By:  */s/Thomas A. Harvey*
Thomas A. Harvey
Attorneys for Plaintiff
LOGICAL IMAGES, INC., dba VISUALDX

Dated:  December 17, 2018       HARTER SECREST & EMERY LLP

By:  */s/ Michael J. Berchou*
Michael J. Berchou (admitted *pro hac vice*)
Attorneys for Plaintiff
LOGICAL IMAGES, INC., dba VISUALDX

Dated:  December 17, 2018       PILLSBURY WINTHROP SHAW PITTMAN LLP

By:  */s/ Sarah G. Flanagan*
Sarah G. Flanagan
Attorneys for Defendants
ANDRE ESTEVA and BRETT KUPREL

Dated:  December 18, 2018       FENWICK & WEST LLP

By:  */s/ Patrick Premo*
Patrick Premo
Attorneys for Defendant
SENTRYAI, INC.